# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 17, 2014
Docket #: 14-1868cv
Short Title: FindTheBest.com, Inc. v. Lumen View Technology LLC

DC Docket #: 13-cv-6521
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cote

# NOTICE OF EXPEDITED APPEAL

By notice filed June 3, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than July 22, 2014, 35 days from the date of this notice. Appellees' briefs are due no later than August 26, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8612.