UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **14-1868**    Caption: *FindtheBest, Inc. v. Lumen View Technology, Inc., et al.*

Motion for: **Leave to File Reply on Appeal**

Set forth below precise, complete statement of relief sought:

Appellant Findthebest.com, Inc. ("FTB") respectfully requests that this Court accept its Reply Brief and Oral Argument Statement filed today, September 11, 2014. Local Rules 31.2 and 34.1 require these documents to be filed within 14 days of the "filing of the last appellee's brief." Appellee Lumen View Technology LLC filed a corrected brief on August 28, 2014, and FTB erroneously understood that to be the "last filed appellee's brief" and calculated the due date for its Reply and Oral Argument Statement as September 11, 2014.

MOVING PARTY: **FindtheBest.com, Inc.**        OPPOSING PARTY: **Lumen View Technology, Inc.**
☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: **Joseph S. Leventhal**        OPPOSING ATTORNEY:
[name of attorney, with firm, address, phone number and e-mail]

The Leventhal Law Firm, APC

655 W. Broadway, Suite 840, San Diego, CA 92101

Ph: (619) 356-3518 email: jleventhal@leventhallaw.com

1) Stamatios Stamoulis STAMOULIS & WEINBLATT LLC, 6 Denny Road, Suite 307 Wilmington, DE 19809 (302) 999-1540 stamoulis@swdelaw.com

2) Mark P. Goodman Carl Riehl DEBEVOISE & PLIMPTON LLP, 919 Third Avenue New York, NY 10022 (212) 909-7253 mpgoodmand@debevoise.com, criehl@debevoise.com

3) Richard L. Crisona ALLEGAERT BERGER & VOGEL LLP, 111 Broadway, 20th Floor New York, NY 10006 (212) 571-0550 rcrisona@abv.com

Court-Judge/Agency appealed from: **US District Court, Southern District of New York/Judge Denise L. Cote**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

Signature of Moving Attorney:
[signature]    Date: **9/11/14**    Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)