# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| FINDTHEBEST.COM, INC., ) | |
|     Plaintiff-Appellant, ) | |
| ) | Case No. 14-1868 |
| v. ) | |
| ) | |
| LUMEN VIEW TECHNOLOGY LLC, ) | |
| DALTON SENTRY, LLC, ) | |
| DECISIONSORTER, LLC, ) | |
| THE HILLCREST GROUP, INC., ) | |
| EILEEN C. SHAPIRO, ) | |
| STEVEN J. MINTZ, ) | |
| DOES 1 THROUGH 50, ) | |
|     Defendants-Appellees, ) | |

## DECLARATION OF JOSEPH S. LEVENTHAL

I, Joseph S. Leventhal , declare as follows:

1. I am an attorney at The Leventhal Law Firm, APC ("Leventhal Law"), counsel of record for Plaintiff/Appellant FindtheBest.com, Inc. ("FTB") in the above-entitled appeal. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify I could and would testify competently thereto.

2. On August 26, 2014, the Appellees in this case filed their appellee's briefs in this matter.

3. On August 28, 2014, Appellee Lumen View Technology LLC ("Lumen View") filed a "corrected" appellee's brief.

4. I interpreted Local Rules 31.2 and 34.1, requiring the Appellant's Reply Brief and Oral Argument Statement to be filed "within 14 days after the filing of the last appellee's brief" to mean that FTB's Reply Brief was due no later than September 11, 2014 – 14 days after Lumen View's corrected brief was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of September, 2014, at San Diego, California.

/s/ Joseph S. Leventhal
JOSEPH S. LEVENTHAL
Joseph S. Leventhal
The Leventhal Law Firm, APC
655 West Broadway, Suite 840
San Diego, California  92101
(619) 356-3518